# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

ELICIA M. WIGGINS

                              **PLAINTIFF**

**VERSUS**               **CIVIL ACTION NO. 1:16cv172-RHW**

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security**           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58, and based on the reasons set forth in the Memorandum Opinion and Order entered by the Court this date, the Court hereby enters its Final Judgment affirming the decision of the Commissioner of Social Security in the above-captioned matter.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 5th day of September, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE